**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

FRANK W. ASKEW, JR.                                                                                          PLAINTIFF
REG. No. 13764-08

V.                                       4:09CV00058 JMM/HDY

"DOC" HOLLLADAY, Sheriff, Pulaski County; RANDALL
B. MORGAN, Chief of Detention, Pulaski County Detention Facility;
SHAUN SMITH Major, Pulaski County Detention Facility;
M. OCASIO, Deputy, Pulaski County Detention Facility; W.
BARNETT, Sgt., Pulaski County Detention Facility; WILSON,
SGT., Pulaski County Detention Facility; E. LEWIS, Deputy,
Pulaski County Detention Facility; SCOTT, Deputy, Pulaski
County Detention Facility; BERRY, Deputy, Pulaski County
Detention Facility; BANGS, Deputy, Pulaski County Detention
Facility; PAXTON, Captain, Pulaski County Detention
Facility; V. PETERS, Captain, Pulaski County
Detention Facility; MICHAEL WADE, Pre-trial Detainee,
Pulaski County Detention Facility; BANKS, Ms., Classification
Officer, Pulaski County Detention Facility; BAILEY, Ms.,
Classification Officer, Pulaski County Detention Facility;
and SPENCER, Nurse, Pulaski County Detention Facility                              DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge H. David Young and Plaintiff's objections.

In his Objections for the Proposed Findings and Recommended Partial Disposition, Plaintiff, for the first time, claims that he suffered actual injury to his head and neck as a result of a seizure. (Pl.'s Objection at p. 2, 3). The allegations are unclear, however. The Court cannot ascertain the dates on which Plaintiff suffered these head and neck injuries and, therefore, cannot determine

1

whether these injuries relate to his placement in a single-man cell.  The Plaintiff is directed to file a  more detailed account of these injuries on or before March 25, 2009, including the relevant medical records which Plaintiff refers to in his pleading.  Because Magistrate Judge Young did not have the benefit of this new information, the Court declines to adopt the Proposed Findings and Recommended Partial Disposition and refers the motions back to Judge Young for further review.

     IT IS SO ORDERED this <u>9th</u> day of March 2009.

                                                               _____
                                                               UNITED STATES DISTRICT JUDGE