## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

**FRANK W. ASKEW, JR.**
**REG. No. 13764-08**                                                    **PLAINTIFF**

**V.**                           **4:09CV00058 JMM/HDY**

**"DOC" HOLLADAY, Sheriff, Pulaski**
**County, et al**                                                         **DEFENDANTS**

### ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition

submitted by United States Magistrate Judge H. David Young and Plaintiff's objections.  After

carefully considering Plaintiff's objections and making a *de novo* review of the record in this

case, the Court concludes that the Proposed Findings and Recommended Partial Disposition

should be, and hereby are, approved and adopted in their entirety as this Court's findings in all

respects.

IT IS THEREFORE ORDERED that:

1) Plaintiff's Notification (docket entry #8) is construed as a Motion to Amend to add as

Defendants Nurse Speer, Dr. Carl Johnson, and Ms. McGhee and will be GRANTED;

2) Plaintiff's claims against Defendants Holladay, Morgan, Smith, Ocasio, Barnett,

Wilson, Lewis, Berry, Bangs, Paxton, Peters, Wade, Speer, Johnson, and McGhee are

DISMISSED WITH PREJUDICE;

3) Plaintiff's Motions for Class Action Certification and Preliminary Injunction (docket

entries ##3-4) are DENIED;

4) The Clerk of the Court is directed to prepare a summons for Defendants Scott, Banks,

Bailey, and Spencer.  The United States Marshal is directed to serve a copy of the Complaint

(docket entry #2), this Recommended Partial Disposition, and summons on those Defendants

without prepayment of fees and costs or security therefore.

DATED this 23rd day of June 2009.

_____
UNITED STATES DISTRICT JUDGE